**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

CHARLENE CHELI,                                    :
                                                   :
              Plaintiff,                           :
                                                   :
       v.                                          :    Case No. 1:24-cv-08891-ESK-EAP
                                                   :
PAAL REALTY LLC,                                   :
                                                   :    # ORDER
              Defendant.                           :
                                                   :

**NOTICE OF PLAINTIFF'S VOLUNTARY DIMISSAL WITH PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby notifies this Court that the above-captioned action is dismissed.

Respectfully submitted on this __9th__ day of __December__ 2024,

                                        /s/ Jon G. Shadinger Jr.
                                        _____
                                        Jon G. Shadinger Jr., Esq.
                                        Shadinger Law, LLC
                                        717 E. Elmer Street, Suite 7
                                        Vineland, NJ 08360
                                        (609) 319-5399
                                        js@shadingerlaw.com
                                        Attorney for Plaintiff, Charlene Cheli

**So Ordered.**

_____*/s/ Edward S. Kiel*_____
**Edward S. Kiel, U.S.D.J.**
**Date: December 10, 2024**